8351. ALABAMA GREAT SOUTHERN RAILROAD CO. *v.* WALLACE.

LUKE, J. 1. Upon the trial of a suit against a railroad company for damages for the killing of a dog by the running of its locomotives or cars or other machinery, proof of such killing raises a presumption of

negligence against the company. *Seaboard Air-Line Ry.* v. *McDonald,* 19 *Ga. App.* 627 (91 S. E. 1053).

2. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED OCTOBER 31, 1917.

Appeal; from Dade superior court—Judge Fite. December 27, 1916.

*Payne & Hale,* for plaintiff in error.